IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JARRAD WOODSON, ) | |
| ) | Case No. 21 C 4707 |
| Plaintiff, ) | |
| ) | Judge Andrea Wood |
| v. ) | |
| ) | Magistrate Sunil R. Harjani |
| The CITY OF CHICAGO, a municipal, ) | |
| Corporation, *et al.* ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

| | |
|---|---|
| *[signature]*<br>Jarrad Woodson, *Pro Se*, Plaintiff<br>1928 W. Barry Ave #1<br>Chicago, IL 60657<br>(317) 625-4676<br>Attorney No. 6333 567<br>DATE: 2/8/22 | Respectfully submitted,<br><br>CITY OF CHICAGO<br>a Municipal Corporation<br><br>CELIA MEZA<br>Corporation Counsel<br>Attorney for City of Chicago<br><br>BY: *[signature]*<br>Victoria R. Benson<br>Deputy Corporation Counsel<br>2 North LaSalle Street, Suite 420<br>Chicago, Illinois 60602<br>(312) 744-4883<br>Attorney No. 6282508<br>DATE: 2/9/2022<br><br>*[signature]*<br>Mark Winistorfer<br>Attorney for Defendant, Phillip Fox<br>Assistant Corporation Counsel III<br>2 North LaSalle Street, Suite 420<br>Chicago, Illinois 60602<br>(312) 744-6905<br>Attorney No. 6310510<br>DATE: 2-9-2022 |